UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Yating Chen,

Plaintiff,

v.

U.S. Attorney General, et al.,

Defendants.

Case No. 3:26-cv-1742

ORDER

Based on the representations in the parties' joint status report, (Doc. No. 11), and the documents attached to it, (Doc. Nos. 11-1 & 11-2), I order:

1.) By **December 22, 2026**, Defendants shall respond to the Complaint by filing an Answer, a Rule 12 dispositive motion, or both;

2.) If Defendants file a Rule 12 motion, Plaintiff's opposition, if any, shall be filed no later than **January 22, 2027**; and

3.) Any reply shall be filed no later than **February 5, 2027**.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge